UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:14-cv-117-FDW

| ROBERT JOHNSON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
|  | ) | **ORDER** |
|  | ) |  |
| PATRICIA THOMAS, Chief Jailer, | ) |  |
| Watauga County Detention Center, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

This matter is before the Court on a periodic status review. By order dated August 14, 2014, this Court granted Plaintiff's motion to amend his Complaint, with the instruction for Plaintiff to submit a proposed amended complaint. As of the entry of this Order, Plaintiff has not submitted a proposed amended complaint.

IT IS HEREBY ORDERED that, within 20 days of service of this Order, Plaintiff shall submit a proposed amended complaint if he so wishes. If Plaintiff does not submit a proposed amended complaint within the allotted time, the Court will proceed with conducting an initial review of the original Complaint.

Signed: October 29, 2014

Frank D. Whitney
Chief United States District Judge