UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:14-cv-117-FDW

| | |
|---|---|
| ROBERT JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| ) | |
| PATRICIA THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on a periodic status review. On August 6, 2014, the Court entered an order requiring Plaintiff's prisoner trust account statement for the six months before the filing of the Complaint in this action. The Court has not received Plaintiff's trust account statement. Thus, the Court hereby orders the Watauga County Jail to submit a trust account statement for Plaintiff for the six months preceding the filing of the Complaint.

IT IS HEREBY ORDERED that, within ten days of this Order, the Watauga County Jail shall submit a trust account statement for Plaintiff for the six months preceding the filing of the Complaint.

The Clerk is directed to mail this Order, along with the Court's Order dated August 6, 2014, to the Watauga County Jail.

Signed: January 12, 2015

Frank D. Whitney
Chief United States District Judge